# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| THARO SYSTEMS INC., | ) | CASE NO: 1:03CV00419 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | MAGISTRATE JUDGE VECCHIARELLI |
| vs. | ) | |
| | ) | |
| CAB PRODUKTTECHNIK, | ) | |
| | ) | **MEMORANDUM AND OPINION** |
| Defendant. | ) | |

This matter is before the Court upon remand by the Sixth Circuit Court of Appeals. During a status conference held September 26, 2006, counsel for cab indicated cab had no objection to Tharo's proposal that the Court reaffirm its June 1, 2005 judgment in response to the remand. Accordingly, the Court will issue a Judgment Entry reaffirming its June 1, 2005 judgment.

/s/Nancy A. Vecchiarelli
U.S. Magistrate Judge

DATE: October 5, 2006